# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In Re:                                            Case No.1831036
DARIUS OLUMAYOWA SOSANYA                      Chapter 13
1696 LONDON TOWN LANE
MONTGOMERY, AL 36117

Debtor

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

        SALLY WREN
        ATTN PAYROLL
        700 HYUNDAI BLVD
        MONTGOMERY, AL  36105

The above employer is authorized to pay all future wages to the debtor.

Done this Tuesday, November 8, 2022.

                                                    */s/ Christopher L. Hawkins*
                                                    Christopher L. Hawkins
                                                    United States Bankruptcy Judge

cc:  Darius Olumayowa Sosanya