# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re  Case No. 18−31036
 Chapter 13
Darius Olumayowa Sosanya ,

    Debtor.

## NOTICE

Second and Final Notice of Discharge Requirements. The Debtor(s) has not filed a Motion for Entry of Discharge pursuant to Local Bankruptcy Rule 4004−1(a) and/or a Certificate of Financial Management pursuant to Section 1328(g). Unless such requirements are satisfied before the filing of the Trustee's Final Report, the case will be closed WITHOUT discharge. (RE: related document(s)51 Notice of Final Requirements Necessary for Discharge). (KC)

Dated December 13, 2022

Juan−Carlos Guerrero
Clerk of Court