# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In RE:<br><br>DARIOUS O. SOSANYA,<br><br>    Debtor. | CHAPTER 7:<br>Case No.: 18-31036 |

## MOTION TO REOPEN CASE

COME NOW the Debtor, by and through the undersigned Counsel, and file this Motion to Reopen Case and Waive Filing Fee, and in support thereof states as follows:

1. Debtor filed the instant Chapter 13 Case on April 12, 2018.

2. Debtor's case was closed on February 23, 2023, without discharge.

3. Debtor request that the Court reopen this case and allow for the filing of the Certificate of Financial Management and Motion for Entry of Discharge.

4. Debtor requests a hearing on the matter.

WHEREFORE, the premises considered, the Debtor prays that this Court will grant this Motion, thereby reopening the Debtors Chapter 13 so that Debtor may file the Motion for Entry of Discharge and obtain a discharge, and any other, further and different relief that the Court deems appropriate.

Respectfully Submitted,

    /s/ Stephen L. Klimjack
STEPHEN L. KLIMJACK
Stephen L. Klimjack, LLC
1306 Government Street
Mobile, AL 36604
(251) 694-0600
(251) 694-0611

## CERTIFICATE OF SERVICE

  I do hereby certify that on this the 10th day of July 2023, a copy of the foregoing document was served on the Trustee by the Bankruptcy Electronic Filing Service and upon the following creditors by U.S. Mail:

                /s/ Stephen L. Klimjack
                STEPHEN L. KLIMJACK

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1127-2<br>Case 18-31036<br>Middle District of Alabama<br>Montgomery<br>Mon Jul 10 17:30:26 CDT 2023 | 2nd Chance Auto Sales<br>c/o Richard C. Dean, Jr.<br>P.O. Box 1028<br>Montgomery, AL 36101-1028 | Park Place Apartments<br>C/O Darby Law Firm, LLC<br>P O Box 3905<br>Montgomery, AL 36109-0905 |
| Riley Trehern, D.M.D., P.C.<br>c/o Richard C. Dean, Jr.<br>P.O. Box 1028<br>Montgomery, AL 36101-1028 | U.S. Bankruptcy Court<br>One Church Street<br>Montgomery, AL 36104-4018 | (p)AUTO FUNDING GROUP LLC<br>2ND CHANCE AUTO SALES<br>3045 WOODLEY ROAD<br>MONTGOMERY AL 36116-3148 |
| ARS<br>1801 NW 66th Avenue<br>Fort Lauderdale, FL 33313-4508 | Alabama Child Support<br>P.O. Box 244015<br>Montgomery, AL 36124-4015 | Auto Cash<br>a/k/a Title Max<br>3328 Atlanta Highway<br>Montgomery, AL 36109-2702 |
| Bankruptcy Administrator<br>U. S. Bankruptcy Administrator<br>One Church Street<br>Montgomery, AL 36104-4018 | Cityr Group Park Place<br>c/o Darby Law Firm<br>P.O. Box 3905<br>Montgomery, AL 36109-0905 | Credit Management, LP<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 |
| ERC<br>PO BOX 57547<br>Jacksonville, FL 32241-7547 | Furlongs Security<br>c/o Holloway & Moxley<br>P.O. Box 4953<br>Montgomery, AL 36103-4953 | (p)GUARDIAN CREDIT UNION<br>ATTN COLLECTIONS DEPARTMENT<br>1028 LAGOON BUSINESS LOOP<br>MONTGOMERY AL 36117-8617 |
| Holloway Credit<br>P.O. Box 230609<br>Montgomery, AL 36123-0609 | Kourtni Caffie<br>1207 Stafford Drive<br>Montgomery, AL 36117-8904 | Med-South<br>Credit & Collections Recovery Svcs<br>401 4th Ave<br>Jasper, AL 35501-3705 |
| Monterey Col<br>4095 Avenida De La<br>Oceanside, CA 92056-5802 | Monterey Fin<br>4095 Avenida De La<br>Oceanside, CA 92056-5802 | Riley Trehern, DMD<br>c/o Richard Dean<br>P.O. Box 1028<br>Montgomery, AL 36101-1028 |
| THE HEALTH CARE AUTH., dba BAPTIST EAST<br>c/o CHAMBLESS-MATH & CARR, PC<br>P.O. BOX 230759<br>MONTGOMERY, AL 36123-0759 | THE HEALTH CARE AUTH., dba BAPTIST SOUTH<br>c/o CHAMBLESS-MATH & CARR, PC<br>P.O. BOX 230759<br>MONTGOMERY, AL 36123-0759 | The Health Care Authority<br>c/o Chambless Math Carr PC<br>P.O. Box 230759<br>Montgomery, AL 36123-0759 |
| (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 | UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>P O BOX 8973<br>MADISON, WI 53708-8973 | USDOE/GLELSI<br>2401 International<br>Madison, WI 53704-3121 |
| Darius Olumayowa Sosanya<br>1696 London Town Lane<br>Montgomery, AL 36117-1709 | Sabrina L. McKinney<br>P.O. Box 173<br>Montgomery, AL 36101-0173 | (p)STEPHEN L KLIMJACK LLC<br>1252 DAUPHIN ST<br>MOBILE AL 36604-2520 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| 2nd Chance Auto Sales<br>3045 Woodley Road<br>Montgomery, AL 36116 | Guardian Credit Union<br>P.O. Box 3199<br>Montgomery, AL 36109 | Title Max<br>15 Bull Street, Ste. 200<br>Savannah, GA 31401 |
| Stephen L. Klimjack<br>Stephen L. Klimjack, LLC<br>1252 Dauphin St<br>Mobile, AL 36604 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)2nd Chance Auto Sales<br>c/o Richard C. Dean, Jr.<br>P.O. Box 1028<br>Montgomery, AL 36101-1028 | (d)Riley Trehern, D.M.D., P.C.<br>c/o Richard C. Dean, Jr.<br>P.O. Box 1028<br>Montgomery, AL 36101-1028 | End of Label Matrix<br>Mailable recipients   29<br>Bypassed recipients    2<br>Total                 31 |